UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Derick Louis Williams*

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

*Metro North Rail Road*

*Allen Russney, Kevin Rozer.*

*Trevor Havard*

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)*

RECEIVED
SDNY PRO SE OFFICE

2016 FEB -9  PM 12: 51

S.D. OF N.Y.

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial:  ☑Yes  ☐ No
*(check one)*

# 16CV1141

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

____X____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

____X____ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

_____ New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

*Rev. 05/2010*                    1

## I.   Parties in this complaint:

A.   List your name, address and telephone number.  Do the same for any additional plaintiffs named.
Attach additional sheets of paper as necessary.

Plaintiff   Name _DERICK Louis Williams_

Street Address _2438 MORRIS AVE_

County, City _Bronx_

State & Zip Code _New York   10468   # 4-E_

Telephone Number _646-260-8382_

B.   List all defendants' names and the address where each defendant may be served.  Make sure that the
defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets
of paper as necessary.

Defendant   Name _Allen Rossney, Kevin Roger, Trevor Havard_

Street Address _420 Lexington AVE_

County, City _New York New York_

State & Zip Code _10017           11 Floor_

Telephone Number _914-686-7405 OR_

C.   The address at which I sought employment or was employed by the defendant(s) is:

Employer _Metro North Rail Road_

Street Address _420 Lexington AVE_

County, City _New York New York_

State & Zip Code _10017_

Telephone Number

## II.   Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events.  Describe how you were
discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts
to support those claims.  You may wish to include further details such as the names of other persons involved
in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related
claims, number and set forth each claim in a separate paragraph.   Attach additional sheets of paper as
necessary.

A.   The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____   Failure to hire me.

_____   Termination of my employment.

_____   Failure to promote me.

_____   Failure to accommodate my disability.

_____   Unequal terms and conditions of my employment.

*Rev. 05/2010*                                        2

✓      Retaliation.

✓      Other acts (specify): _Defamation of Character, false charges_

Note:    Only those grounds raised in the charge filed with the Equal Employment Opportunity
Commission can be considered by the federal district court under the federal employment
discrimination statutes.

B.    It is my best recollection that the alleged discriminatory acts occurred on: _11-25-15_.

Date(s)

C.    I believe that defendant(s) (check one):

_✓_      is still committing these acts against me.

_____      is not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my (check only those that apply and explain):

☑  race _because I didn't answer yes or no_      ☑  color _then I was accused these charges_

☐  gender/sex _____      ☐  religion_____

☐  national origin _____

☐  age.    My date of birth is _____ (Give your date of birth only
if you are asserting a claim of age discrimination.)

☐  disability or perceived disability, _____ (specify)

E.    The facts of my case are as follow (attach additional sheets as necessary):

_because of my Race and color I cannot ask foreman
Trevor a Question with out it becoming a problem this
goes on with these Individuals. also singled out
at a Coach Cleaner meeting Allen Rossney, Kevin Roger
and waiting on a Trial date from pass case of Retaliation
13 CIV 4731 (PGG)_
_more attach_

Note:    As additional support for the facts of your claim, you may attach to this complaint a copy of
your charge filed with the Equal Employment Opportunity Commission, the New York State
Division of Human Rights or the New York City Commission on Human Rights.

## III.    Exhaustion of Federal Administrative Remedies:

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or
my Equal Employment Opportunity counselor regarding defendant's  alleged discriminatory conduct
on: _Jan on a teusday_ (Date). _27-16_

B.   The Equal Employment Opportunity Commission *(check one)*:

_____ ✓          has not issued a Notice of Right to Sue letter. *but I will ask for one frantic to send to the court later*

_____            issued a Notice of Right to Sue letter, which I received on _____ *(Date)*.

   *Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.   Only litigants alleging age discrimination must answer this Question.

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____            60 days or more have elapsed.

_____ ✓          less than 60 days have elapsed.

## IV.   Relief:

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: *500,000. from metro North Rail Read*
*Management premeditated bias. Criminal Retaliation*
*gang Mentality using bully Tactic Intimidation*
*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this *9* day of *feb -tuesday* 20*16*

Signature of Plaintiff   *Derick Willea*

Address                  *2438 Morris Ave*
                         *Branxs New York*
                         *10468  # 4-E*

Telephone Number         *646-260-8382*

Fax Number *(if you have one)* _____

*Rev. 05/2010*                    4



 **Division of Human Rights**

**ANDREW M. CUOMO**
Governor

**HELEN DIANE FOSTER**
Commissioner

January 27, 2016

Derick Louis Williams
2438 Morris Avenue, Apt 4E
Bronx, NY 10468

      Re:    Derick Louis Williams v. MTA Metro-North Railroad
             Case No. 10179571

Dear Derick Louis Williams:

      Please be advised that this office has received your complaint.  Your filing date is
1/27/2016.

      A copy of your complaint, and the determination, will be sent to the U.S. Equal
Employment Opportunity Commission (EEOC), so that your complaint may be dual-filed under
applicable federal law.  Your EEOC charge number is 16GB601321.

      To protect your rights, it is essential that the Division be notified promptly of any change
in your address or telephone number.  A form is enclosed for this purpose.

      You will be contacted by the Human Rights Specialist assigned to your case when the
active investigation of your complaint begins.  In the meantime, if you have any questions please
call our office at (212) 961-8650.

                    Very truly yours,

                    David E. Powell
                    David E. Powell
                    Regional Director

*1-27 pages plus A.C.D disk*

Derick Williams Jan 13, 2016 ②
to EEOC

I have been discriminated against
by Management at North white
Plains yard.
by Allen Rossney - Kevin Roger
Trevor Harvard
because of my Race and color I
cannot ask a white feremen a Questions
with out it becoming a problem this
goes on with these individuals.

Defamation of Character is the
legal term for harming someone
Reputation by making false statement
by management with the gang
mentality using bully tactic.
Retaliation. Harassment. Intimidation.
Pressure.!
there action was premeditated bias
and didn't follow Protocol offical
procedure or system of Rule governing
of the State it also be come
Criminal Retaliation not Just because
they didn't Include General foremen Dave
pate of the Coach Cleaner he was
Inform by General foremen marlin from 12-8
Shift after the charges was made.

Jan 13, 2016

③

but allen Rossney Kevin Roger Trevor
Harvard but they Email Dave Pate on
Nov 25 2015 about Trevor being
Intimidated when Derick Talk to him.
why was Dave Pate left out of the
Charges 12-16-2015

Dec 1 2015
also Singled out at the Coach Cleaner
meeting allen Rossney and Kevin
Roger

General foremen Dave Pate ask what
happen that night I had no problem
telling him what I Said?

old ① → group of management who Retaliated
Case against me in the pass from North white
plains yard, General foremen Todd ② Letterio
Ray ③ askew foremen Varghese ④ Daniel
Curmen mike Mc Cullister 13 CIV. 4731
the New group - Superintendent Allen ⑤ Russney
General foremen Kevin ⑥ Roger foremen ⑦ miller
foremen Trevor ⑧ Harvard General foremen ⑨ marlin
Since June 19 2011 I wrote up 8 North
white plains management on Retaliation
to Dec 21 2015. Discrimination and
Defamation of Character Harassment
Intimidation what is. 2438 morris Ave Bx
New York 10468 # 4-E
Derick Willis

Jan 13, 2016

(4)

These guys are playing the bully
and the Victim you cannot be both.

Vindictive having or Showing a Strong
or UNReasoning desire for Revengeful
and Resentful attack

Prosecution is the Legal party Responsible
for presenting the Case of Criminal
Retaliation by these Individual.
allen Rossney - Kevin Roger - TreVoc
harvard

To EEOC

DERick Williams
2438 MORRIS AVE Bx
NY 10468   #4E
646-260-8382
Derick Will——



↩ Reply all | ⌄    🗑 Delete    Junk | ⌄    •••         ✕

# Request for information for D. Williams Hearing

### Feltz, John
To: ☐ dknauth@mnr.org; ⌄        👍    ↩ Reply all | ⌄

                                                 Wed 1/20/2016 3:17 PM

Sent Items

Request for Information....    ⌄
269 KB

⌄ Show all 1 attachment (269 KB)    Download    Save to OneDrive - Transport Workers Union of America

Mr. Knauth please see the attached letter concerning information and witnesses to be made available to theOrganization for the January 26, 2016 hearing for Mr. D. Williams.

Thank you

John R. Feltz
President
TWU Local 2001



# TRANSPORT WORKERS UNION OF AMERICA
### A.F.L. - C.I.O.
## RAILROAD DIVISION
*Local 2001*
### 570 Taxter Road • Suite 130 • Elmsford, NY 10523
914-592-0221 • Fax 914-592-0097

John R. Feltz, President
Patrick J. Flannery, Executive Vice President
Patrick M. Howard, Secretary-Treasurer
Brian Corallo, Recording Secretary

Sent as attachment via Email

January 20, 2016

Mr. D. Knauth
Manager Departmental Hearings and Investigations
Metro North Railroad

Re: January 26, 2016, Hearing for Mr. D. Williams

Dear Mr. Knauth:

Please have available for the above referenced hearing a copy of the November 25, 2015, Radio Transmissions for North White Plains Yard, for the period of 6:00 pm to 7:00 pm. Please forward to me the names of all witnesses that will be testifying on behalf of Metro North Railroad as well as any written witness statements that the Carrier has in their possession. Also, please arrange to have Mr. Ricardo Thomas appear as a witness.

Very truly yours,

John R. Feltz
President
TWU Local 2001



# TRANSPORT WORKERS UNION OF AMERICA
### A.F.L. - C.I.O.
## RAILROAD DIVISION
*Local 2001*
## 570 Taxter Road • Suite 130 • Elmsford, NY 10523
914-592-0221 • Fax 914-592-0097

John R. Feltz, President
Patrick J. Flannery, Executive Vice President
Patrick M. Howard, Secretary-Treasurer
Brian Corallo, Recording Secretary

On January 19, 2016, a pre-trial for Mr. Derick Williams was held via a telephone conference with Metro North Hearing Officer Dan Knauth (who held the meeting via phone from his office). The following parties were in attendance at North White Plains Yard, representing Metro North Railroad, General Foreman Kevin Rogers, Mr. Derick Williams who is the accused, for the Organization representing Mr. Williams was, John Feltz President TWU Local 2001, Mr. Patrick Howard, Secretary Treasurer TWU Local 2001, and Mr. Riccardo Thomas TWU Local Chairman for North White Plains. At this time, Mr. Knauth read the charges that were brought against Mr. Williams and without any discussion of the facts in the case; offered Mr. Williams the discipline of a 15-day suspension, which consisted of 5 days in the street without pay and 10 days, deferred. When President Feltz asked how the discipline was determined, Mr. Knauth responded that the charges were discussed with other officers and they determined that that was appropriate for the charges he also stated that if the offer was not accepted that the discipline would be more sever. President Feltz responded that the Organization and Mr. Williams viewed this as a direct threat to Mr. Williams to which Mr. Knauth responded that those were the facts. At this time, President Feltz asked who the other officers were and Mr. Knauth declined to state their names. A counter proposal to have the charges dismissed was made by President Feltz. Mr. Knauth asked the bases for making that proposal. President Feltz responded that Mr. Williams was innocent and that the charges were being brought due to past incidents of harassment that were reported by Mr. Williams. Mr. Knauth stated how could Mr. Williams, possibly be innocent when the Carrier had three Managers as witnesses. At this time, President Feltz stated that based on all of Mr. Knauth's comments that the Carrier had already determined Mr. Williams's guilt and that he was acting as judge, jury and executioner and therefore Mr. Williams would not be able to receive a fair and impartial hearing. Because Mr. Knauth's and the unnamed Metro North Managers offer was based on their predetermination that Mr. Williams was, guilty Mr. Knauth was told that the offer was inappropriate and unacceptable. The Hearing was held on January 26, 2016 and we are presently awaiting the decision.

In regard to the attached charges of  Conduct Unbecoming a Metro North Employee/ Insubordination that were brought against Mr. Williams, it should be noted, in testimony given at the hearing ,on January 26, 2016, by Metro North witnesses Foreman Harvard, (who was the party that instituted the charges against Mr. Williams), and Foreman Steven Ruth, they determined that Mr. Williams was insubordinate because when Mr. Harvard asked him if he understood his work assignment, Mr. Williams responded I got it instead of yes or no.



This once again illustrates Metro North's continuing harassment, discrimination based on Mr. Williams' race and color, deformation and character assignation as well as criminal retaliation all of which are based on premeditated and biased attacks against Mr. Williams.

John R. Feltz

President
TWU Local 2001





# TRANSPORT WORKERS UNION OF AMERIC.
## A.F.L. - C.I.O.
### RAILROAD DIVISION
*Local 2001*
### 570 Taxter Road ○ Elmsford, NY 10523
914-592-0221 · Fax 914-592-0097
515

John R. Feltz, President
Gerald Lorraine, Executive Vice President
Patrick J. Flannery, Secretary-Treasurer

### DATE: _12/18/15_

## T.W.U. LOCAL 2001    FAX NUMBER: (914-592-0097)

## SENT TO FAX NUMBER: _914-686-8726_

## NAME AND ADDRESS TO WHOM FAX IS BEING SENT:
_MR- D. WILLIAMS_

## FAXED BY JOHN R. FELTZ, PRESIDENT, T.W.U. LOCAL 2001

## TOTAL NUMBER OF PAGES FAXED(INCLUDING COVER SHEET) _3_

## ANY PROBLEMS IN SENDING OR RECEIVING THIS FAX? PLEASE INFORM SOMEONE IN THIS OFFICE (914) 592-0221.



Joseph J. Giulietti - President

 **Metro-North Railroad**                                    Notice of Action - C250

**CERTIFIED MAIL#:** 7011 2000 0002 2167 6922 - USPS -Hand Delivered
**Ref No:** 121615_10369
**Date :** 12/16/2015
**Employee ID:** 115331

Derick L Williams
2438 Morris Ave
Apt 4e
Bronx, NY 10468

Dear Derick L Williams:

Please arrange to be present at a trial at the North White Plains Car Shop, 2nd Floor,
DACMO Office, 353 Parkway Homes Rd, North White Plains, **on Wednesday, December
23, 2015 at 9:30 a.m.** This trial is being held to determine your responsibility, if any, in
connection with the following charges:

**Conduct Unbecoming a Metro-North Employee/Insubordination.** On November 25,
2015 at approximately 6:00 p.m., you were given a job assignment to service the
restrooms on Train 559. After you were given the assignment, you stopped work and
walked to the shop office, where you confronted Foreman Havard in an aggressive and
hostile manner, and complained about the work assignment.

**Conduct Unbecoming a Metro-North Employee/Insubordination.** On December 4,
2015 at approximately 4:30 p.m., you went to the Foreman's office to sign the safety sheet
and get your job assignment. Foreman Havard told you that there was a change in
assignment – instead of wiping down bathrooms you would be picking up the north end
trains with Mr. Peters, who would do the south end. You refused to acknowledge Foreman
Havard or the assignment, despite being approximately three feet away from where he
was seated. After several attempts by Foreman Havard to confirm you were aware of the
change, you acted in an argumentative and confrontational manner, saying "I know my
assignment, I spoke to Mr. Peters who informed me of the change, I don't need to speak
with you." You then left the office. Approximately five minutes later, you returned and
continued to act in an aggressive and confrontational manner. You walked to Foreman
Havard's desk and said "I know what I need to do every day, it's on the board, I don't need
to speak to you." Your tone and manner was perceived by Foreman Havard and others
present, including Foreman Steven Ruth, Foreman William Bonilla, and Superintendent
Allen Rossney, as inappropriate, hostile and unprofessional.

**Pretrial:** A representative of Management will be available to meet with you in connection
with this matter on **Monday, December 21, 2015 at 9:30 a.m.** North White Plains Car
Shop, 2nd Floor, DACMO Office, 353 Parkway Homes Rd, North White Plains.



You may arrange to have duly accredited representation and/or witnesses present in accordance with your collective bargaining agreement.

Sincerely,

J. Sullivan
Asst Deputy Director
OPERATIONS - M OF E

CC:   K . Coughlin, A . Rossney, J . Murawski, J . Sullivan, V . Direnno, D . Knauth
Witness:   M . Rutter
Additional CC:   P. Howard (TWU); R. Thomas (TWU)



Joseph J. Giulietti - President

 Metro-North Railroad                    **Postponement Letter**

**CERTIFIED MAIL#: 7011 2000 0002 2167 7066 - USPS**

Ref No: 121315_10369
Date : 01/11/2016
**Employee ID:** 115331

Derick L Williams
2438 Morris Ave
Apt 4e
Bronx, NY 10468

**Dear Derick L Williams:**

At the request of the Organization, the pre-trial scheduled for December 21, 2015 and trial scheduled for December 23, 2015 were postponed.

The new date of the pre-trial is **Tuesday, January 19, 2016 at 3:00 p.m.**

The new date for the trial is **Tuesday, January 26, 2016 at 2:00 p.m.**

The location for the pre-trial and trial remain the same as stated in the original notice dated December 16, 2015, and all charges stated in that notice remain in full force and effect.

Very truly yours,

J.Sullivan
Asst Deputy Director
OPERATIONS - M OF E

**CC:**   K.Coughlin, A.Rossney, J.Murawski, J.Sullivan, V.Direnno, D.Knauth
**Witness:**   M.Rutter
**Additional CC:**   P. Howard (TWU); R. Thomas (TWU)

HP Officejet 5600 series 5610xi          Personal Printer/Fax/Copier/Scanner

Log for
Wadadly
16468754975
Dec 11 2015 2:31p

Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Dec 11 | 02:27p | Fax Sent | 19145920097 | 3:36 | 10 | OK |

① DEC 1 2015 ⑭

# DERICK Williams Report

Metro North RailRoad Management
at North white plains yard.
Dec 1 2015 about 4:35 pm on A Teusday
Evening Signs in at the foremen
office for the Safety Rules of the day.
foremen Kevin Ryan Said it was Coach Cleaner
meeting up Stair on 2 flour when the
meeting Started.
People present was Cassandra and
myself. also present was suptlintedent
Allen Rossney foremen Dave Puke/Kevin
Roger and Union Rep Ricky.
as the meeting went on they Told my
Co-worker She Can leave.
that when I knew I was being Single out
because I ask foremen Trevor a Question
about a over night Train that others ask
about twenty Times before me,
it was Just a Question that Deserve
an answer that was it. Trevor Said
we did not have a pipe fitter on 12-8
shift that night of Nov 25 2015. I went
and Dump the 559 on Track 13-North 8 cars
on m7 Train, and if you check the Radio
Recording from 6:0 pm to 6:30 pm I had to
move that Train about 2-3 Time in
order to Dump it

10 pages ①

Ricciardo Thomas

(15)

RT

I was present at the Coach Cleaning 12-1-15 meeting Called by G.S. Dave Pike - Sup N. Rossney G.S - Kevin Rodgers also present was L. Jenkins and Derick Williams, before the Meeting was Started, MS. Jenka given the ok to leave, Mr. Williams, myself and the Rest of the Managers Continued the meeting, Mr. Williams was Singled out by Management.

R Thomas
1-21-16

Revised 11/04/15

DAY: _____

NORTH WHITE PLAINS P. M. LINE UP

DATE: 11/25/15

| TRAIN | Arr | Equip | Track | TURN | INBOUND CONSIST | TRAIN | Depart NWP | Equip | TRACK | OUTBOUND CONSIST |
|---|---|---|---|---|---|---|---|---|---|---|
| 545 | 1639 | 10M3 | 368 | | | 366 | 1624 | 8M7 | | |
| 345 c/e | 1654 | 8M7 | 570 | | | 568 | 1642 | 6M7 | | |
| 547 | 1715 | 8M7 | 370 | | | 368 | 1652 | 10M3 | | |
| 551 c/e | 1728 | 6M7 | 572 | | | 570 | 1709 | 8M7 | | PL |
| 349 c/e | 1733 | 6M7 | PL | | | 370 | 1723 | 8M7 | | |
| 353 c/e | 1755 | 6M7 | 574 | | | 2550 | 1750 | 6M7 | | PL |
| 557 | 1818 | 12M3 | | | | 1759 | | 6M7 | | |
| 559 | 1836 | 6m7 | | | | 574 | 1828 | 6M7 | | |
| 359 c/e | 1840 | 6M7 | 576 | | | 576 | 1859 | 6M7 | | |
| 563 | 1900 | 10M3 | | | | 578 | 1933 | 8M7 | | PL |
| 363 | 1905 | 10M3 | | | | 5280 | 1955 | TBD | | |
| 565 | 1919 | 10M3 | | | | 580 | 2004 | 8M7 | | PL |
| 567 | 1929 | 8M7 | | | | 584 | 2100 | 8M7 | | PL |
| 2662 c/e | 1933 | 8M7 | 578 | | | 588 | 2205 | 6M7 | | PL |
| 573 | 1945 | 8M3 | | | | 592 | 2300 | 8M7 | | |
| 373 | 1956 | 8M7 | | | | 596 | 2359 | 8M7 | | |
| 2670 c/e | 2004 | 8M7 | 580 | | | | | | | |
| 577 | 2012 | 10M3 | | | | | | | | |
| 579 | 2030 | 8M7 | | | | | | | | |
| 581 | 2050 | 6m7 | | | | | | | | |
| 2678 c/e | 2100 | 6M7 | 584 | | | | | | | |
| 583 | 2121 | 6m7 | 592 | | | | | | | |
| 2585 | 2151 | 6M7 | 596 | | | | | | | |
| 2696 c/e | 2205 | 6M7 | 588 | | | | | | | |
| 587 | 2223 | 6M7 | | | | 5266 | 1612 | TBD | | |
| 2251 | 2251 | 6M7 | | | | 5288 | 2201 | TBD | | |
| 589 | | | | | | 5296 | 2355 | TBD | | |
| 591 | 2328 | 6m3 | | | | | | | | |
| 593 | 0004 | 6m3 | | | | 5604 | 0531 | TBD | | |
| 595 | 0039 | 6M7 | | | | | | | | |
| 5299 | 0113 | TBD | | | | | | | | |
| 597 | 0128 | 6M7 | | | | | | | | |
| 599 | 0213 | 8M7 | | | | | | | | |



**Metro-North
Railroad**

## CAR TOILET AND WATER SERVICE REPORT

North White Plains

DATE: 11-25-15    LOCATION Yard    SHIFT PM AM 4/12

| TRAIN | TRACK | CAR NO. | TOILET | WATER | CLEAN | REMARKS |
|-------|-------|---------|--------|-------|-------|---------|
| 572 | 24 | 4248 | Dump | | | |
| | | 4219 | Dump | | | |
| | | 4085 | Dump | | | |
| 574 | 13-S | 4044 | | | | |
| | | 4314 | | | | |
| | | 4141 | | | | |
| 559 | 13-N | 4001 | | | | |
| | | 4233 | | | | |
| | | 4139 | | | | |
| | | 4163 | | | | |
| 563 | 24 | 8067 | | | | |
| | | 8141 | | | | |
| | | 8113 | | | | |
| | | 8059 | | | | |
| | | 8183 | | | | |
| 565 | 25 | 8071 | | | | |
| | | 8081 | | | | |
| | | 8021 | | | | |
| | | 8015 | | | | |
| | | 8099 | | | | |
| 583 | 21 | 4181 | | | | none at |
| | | 4187 | | | | this Time |
| | | 4041 | Dump | Water | | |
| 585 | 22 | not spotted | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

REMARKS: (CONDITON OF SYSTEM)  (TRUCK OR MANIFOLD):  W. Williams

③

⑱

As the meeting went on GenRal foremen Dave Pate / Kevin Rogers Superintendent Allen Rossney.

Said Trevor E-mail them that he felt Intimidated by Derick williams I was Just Talking. foremen Trevor that all I Respect everyone at all Times. this is nothing but more Retaliation from Allen Rossney / Trevor for Trying to make me falsified my Safety Report to metro North and OSHA to Cover-up North white plains yard problems that when I found out foremen Steve Ruth was his witness.

he did not tell the Truth of what happen that night and to top it off foremen Trevor was not present at that meeting thats when I Realized that they was.

Judge Jury and Executioner with Bully Tactic. Intimidation. threats Retaliation. these action I will file in court. after my Trial is over and there act are not Trustworthy at all it Show more Criminal Retaliation by North white plains management against Derick williams thank you

③

(19)

there actions was premeditated,
bias, and didn't follow Protocal Offical
Procedure or system of Rule governing
of the State, its also become
criminal Retaliation not Just because
they didn't Include General foremen
Dave Pate of the Coach Cleaner he
was Inform by marlin from 12+8 Shift
after the Charges was made.
but they E-mail Dave Pate on Nov 25
2015 about Trevor being Intimidated
when DERICK williams Talk to him.



# TRANSPORT WORKERS UNION OF AMERICA

## A.F.L. - C.I.O.
### RAILROAD DIVISION
*Local 2001*
### 570 Taxter Road • Elmsford, NY 10523
914-592-0221 • Fax 914-592-0097

〜〜516

John R. Feltz, President
Gerald Lorraine, Executive Vice President
Patrick J. Flannery, Secretary-Treasurer

Certified Mail No. 7001 2510 0008 6058 4416
Sent via Certified Mail and Email

June 15, 2015

Mr. J. Sullivan D.C.M.O.
Metro North Railroad
Parkway Homes Road
North White Plains NY 10603

Dear Mr. Sullivan:

On June 11, 2015, I received a phone call from our member Mr. Derick Williams in the presence
of Foreman Trevor Harvard while he was in Foreman Harvard's office. The call concerned the
4:00 p.m. to 12:00 am Coach Cleaners assignments. On Wednesdays, Mr. Williams is assigned
to do the outside dumping of toilets and Coach Cleaner Mr. Peters is assigned to do the inside
dumping and wipe down of the toilets. Mr. Williams once again informed Foreman Harvard that
since he was doing the outside dumping and did not do the interior bathrooms he would be
falsifying company records by entering into the T.I.M.S. system that the interior bathrooms
were properly serviced. He also informed him that by doing this if there was a problem with the
bathrooms he would be held responsible at which time Foreman Harvard told him to grieve it
with the Union. As explained above Mr. Williams called to inform me of the situation. While
talking to Mr. Williams I heard Foreman Harvard threaten Mr. Williams that if he did not enter
the information into the T.I.M.S. system he would be sent home which is once again retaliation
against Mr. Williams. As mentioned in my previous letter to you when Mr. Williams discussed
his concerns with Superintendent Al Rossney and Foreman Harvard he was told that if there
was a problem all he had to do was call Foreman Harvard as a witness. Mr. Williams also
informed me that after you received my letter you also discussed the situation with him and he
informed you of his concerns. Since Mr. Williams, requests to all of the parties for something in
writing that would relive him of the responsibility of falsifying company records by taking credit
for the bathrooms being properly serviced has been to no avail and by the retaliatory threat of

④ FILE COPY

Foreman Harvard of being sent home if he did not enter the information into the T.I.M.S. system, Mr. Williams, under protest will do as ordered.


John R. Feltz

President
TWU Local 2001


Cc: D. Williams

FILE COPY





# TRANSPORT WORKERS UNION OF AMERICA
### A.F.L. - C.I.O.
## RAILROAD DIVISION
*Local 2001*
### 570 Taxter Road • Elmsford, NY 10523
914-592-0221 • Fax 914-592-0097

515

John R. Feltz, President
Gerald Lorraine, Executive Vice President
Patrick J. Flannery, Secretary-Treasurer

May 15, 2015

Mr. J. Sullivan D.C.M.O.
Metro North Railroad
Parkway Homes Road
North White Plains NY 10603

Dear Mr. Sullivan:

I am writing on behalf of Mr. Derick Williams who is a member of our Organization. On May 8, 2015, Mr. Williams' assigned duties, as in the past were to do the exterior dumping of the toilet waste tank and to fill the water tanks of the cars that he was assigned to service. At approximately 4:35 p.m. on the aforementioned date, Mr. Williams, was approached, by Foreman Trevor and General Foreman Al Resnick and told that when he entered into the T.I.M.S. system the car numbers of the cars that he had dumped and watered, they also wanted him to enter into the system that the interior bathrooms of those cars were clean. Mr. Williams informed both of them, (which they already knew) that since it was not part of his duties and that since he did not service or clean the interior bathrooms he could not take credit for it in the T.I.M.S. systems. Mr. Williams also told them that if he did report that he cleaned the interior bathrooms and they were reported to be dirty he would be brought up on charges to which the General Foreman responded if you have a trial just call Foreman Trevor as your witness.

It is very apparent to the Organization as well as Mr. Williams that both of these Supervisors were instructing him to falsify company documents and trying to bait him into a situation that would have had him brought up on discipline charges that would have resulted in his being dismissed. I have attached Mr. Williams' statement as well as his line up sheet for May 8, 2015.

Very truly yours,

John R. Feltz
President TWU
Local 2001

Cc: D. Williams



# DERICK WilliAms RePort

① A.  ㉓

DEC 4 2015 on A friday 4:30 pm
I went in to the foremen office
to Signs the Safety Rule of the
day.
all was present: Superintendent Allen
Rossney. foremen Steve Ruth. Will Ballva
Trevor who had the Problem with
his Self.
Trevor Said DERick your pick up the NORth
Side of the Train. and I did not Respond
Verbally and then he Tried to bait
me into an argument in front of
other foremen. So he Can have witnesses
but Remember NOV 25 2015 Trevor E-mail
Allen Rossney- DAVE Pate - Kevin Rogers
when DERICK Talk to me I feel Intimidated
that was foremen Trevor word.
~~then Trevor~~ ~~Says~~ DERICK I
~~~~
~~~~
~~~~
~~~~
~~~~
~~~~
~~~~

⑦

②                                                                        24

and don't forget they Say I have
angry black man Syndrome that been
going around North white plains yard
for Some time Now. a co-worker of
mine Said it before, and Nothing
was Said to him by foreman Trevor
he is one of Trevor boys

Deniet willer
2438 morris AVE  #4E
Bx Newyork 10468

⑧

# DERICK WILLIAMS Report (25)

at North white plains yard
Saturday DEC 5 2015 Clock in at 4pm
then Sign the Safety Rule of the day
present was foremen Trevor, had nothing
to Say he was Very quiet inSide
the foremen office.

it was not Any harassment by foremen
Trevor. did not Say anything about
the line-up, what Side of the train
I had to Pick-up or anything but
on Dec 4 2015 Trevor Tried his hardest
to Bait me in to an argument.
and I know metro North Rail Road
is Trying make me Look like I have
A problem with eVeryone of management
that not True at all.
also Tell Co-worker Stay away from
Derick he Trouble.
gang mentality gossip bad management
Ruin North white plains yard managers
that are Incompetent and don't know
how to Run the organization with there
Action. Since I came to North white plains
yard in June 19 2011 to the present 2015.
Look at the History of attack by management
you cannot make this up how much Should
A men half to Endure. and don't get
me wrong you have alot of good (9)

(26)

managers at North white plains yard
but the ones who use Bully TacTic and
harassment / Retaliation are not showing
Good LeaderShip.

Williams V. metro. North RailRoad.
13 CIV. 4731 &GG   Old Case

To Honorable Paul G Gardephe
United State District Judge
Southern District of New York
40 foley Square Room 2204 OR 705
New York, New York 10007

To Twu Local 2001
mr. John feltz
914-592-0221
fax 914-592-0097

DERICK williams
2438 MORRis AVE  4-E
Bronx New York 10468
Derick williams
646-760-8582

(10)

# Memorandum

 **Metro-North Railroad**



**Date**  January 1, 2012

**To**  All Maintenance of Equipment Employees

**From**  John E. Kesich - CMO

**Re**  2012 Critical Rules

The following is a reminder of *Critical Rules* for the Maintenance of Equipment Department.

The following critical rules represent situations that have the potential to cause serious injury or death.

1. Insubordination
2. Theft
3. Fighting or threat of bodily harm
4. Violation of the Blue Flag Law
5. Intentionally defeating the purpose of a safety device
6. Mounting or dismounting moving equipment
7. Being under the influence of drugs or alcohol
8. Falsification of Company Documents
9. Possession of firearms or explosives on company property
10. Placing yourself in the foul of live third rail or catenary

Anyone observed in violation of these rules will be removed from service.

Thank you.

*I have phone Recording on a disc with General foremen Dave Pate Told me more then once Allen Rossney Set this up.*

*① Disc inside with the Paper*

*You will hear Dave agree that allen Rossney Set this up.*

*WORK*

*Derek Will...*