**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

DERICK LOUIS WILLIAMS,

Plaintiff,

-against-

METRO NORTH RAILROAD, et al.,
                              Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  11/16/16

16 **CIVIL** 1141 (LAK)

**JUDGMENT**

Whereas by Order dated September 26, 2016, the Court granted the motion of Defendant
Metro North Railroad to dismiss the complaint for failure to state a claim upon which relief may be
granted [DI 17] is granted but granted leave to file an amended complaint on or before October 12,
2016 in an effort to state a legally sufficient claim for relief. In addition, the Court noted that the
docket disclosed no proof of service on any of the individual Defendants despite the fact that well
over 90 days had elapsed since the commencement of the action. October 12, 2016, came and went
over a month ago, and no amended complaint, no proof of service on the individual Defendants, and
no papers seeking an extension of time within with to make service have been filed, and the matter
having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court,
on November 14, 2016, having rendered its Order dismissing this action as to Defendant Metro
North Railroad with prejudice; and dismissing it as to the individual Defendants without prejudice
for failure to serve them; and directing the Clerk to enter judgment accordingly and close the case,
it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the
Court's Order dated November 14, 2016, this action is dismissed as to Defendant Metro North
Railroad with prejudice. It is dismissed as to the individual Defendants without prejudice for failure
to serve them; accordingly, the case is closed.

**Dated:** New York, New York
November 16, 2016

RUBY J. KRAJICK
_____
Clerk of Court

BY:

_____
Deputy Clerk