# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Derick Louis Williams

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Metro North Railroad, Allen Rossaney,
Kevin Rogers   Trevor Havard

(List the full name(s) of the defendant(s)/respondent(s).)

16 CV 1141 (LAK)(JCF)

**NOTICE OF APPEAL**

Notice is hereby given that the following parties:

Derick Louis Williams

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☐ judgment  ☑ order  entered on: 11/16/2016

(date that judgment or order was entered on docket)

that: dismissed the case against Metro North Railroad with
prejudiced and against individual defendants without prejudiced
for failure to serve

(If the appeal is from an order, provide a brief description above of the decision in the order.)

12/14/16
Dated

Signature  Attorney for Petitioner

Richardson, Kenneth W
Name (Last, First, MI)

305 Broadway    Ste 801    New York    NY    10007
Address                City         State        Zip Code

212 962 4277  c 917 647 0489
Telephone Number

Kwrken@aol.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13