**MANDATE**

N.Y.S.D. Case #
16-cv-1141(LAK)

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of January, two thousand and seventeen,

_____

Derick Louis Williams,

    Plaintiff - Appellant,

v.

Metro-North Commuter Railroad Company, Allen Rossney, Kevin Roger, Trevor Havard,

    Defendants - Appellees.

_____

**ORDER**
Docket No. 16-4178

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 04, 2017

    The Appellant Derick Louis Williams, filed a Notice of Appeal in the above-referenced matter. Appellant filed Form D on December 28, 2016 but failed to file a scheduling notification letter within 14 days of the filing, as required by Local Rule 31.2(a)(1)(A). Upon consideration thereof,

    IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), Appellant's brief must be filed on or before March 13, 2017. The appeal is dismissed effective March 13, 2017 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

    For The Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/04/2017